Dismissed and Opinion filed April 10, 2003









Dismissed and Opinion filed April 10, 2003.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO.
14-03-00050-CV

____________

 

MAKNOJIA
SULTAN NOORALI, AMIR M. ALI, and INTERNATIONAL, INC. d/b/a SUPER DELI &
GROCERY, Appellants

 

V.

 

AZIZ
H. CHAGANI, Appellee

 



 

On
Appeal from the 151st District Court

Harris
County, Texas

Trial
Court Cause No. 01-55262

 



 

M E M O R A N D U M  O P I N I O N

This is an appeal from a judgment signed September 19,
2002.  No clerk=s record has been filed.  The clerk responsible for preparing the
record in this appeal informed the court appellant did not make arrangements to
pay for the record.  

On March 10, 2003, notification was transmitted to all
parties of the Court's intent to dismiss the appeal for want of prosecution
unless, within fifteen days, appellant paid or made arrangements to pay for the
record and provided this court with proof of payment.  See Tex.
R. App. P. 37.3(b).








Appellant filed no response.

Accordingly, the appeal is ordered dismissed.

 

PER CURIAM

Judgment rendered and Opinion
filed April 10, 2003.

Panel consists of Justices
Anderson, Seymore, and Guzman.